UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RECEIVED
SEP - 2 2010
AT 8:30_____M
WILLIAM T. WALSH, CLERK

CIVIL ACTION NO. 2:09-cv-06443-SDW-MCA

---

UCHENNA CYNTHIA NDUKWE
(Plaintiff)

v.

CHIKODIRI GIBSON, A/K/A CHIKODIRI NDUKWE
(Defendant)

---

## MOTION TO VOLUNTARILY DISMISS COMPLAINT/PETITION

1. I, Uchenna Cynthia Ndukwe on oath states that I am the Plaintiff in the action.

2. That on December 22, 2009, I filed a Complaint/Petition against the Defendant.

3. That I no longer wish to proceed with the Complaint that I have filed for the following reasons:

    a) That I am no longer being represented by an attorney and am not able to represent myself;

    b) That I do not have the funds to retain the representation of another counsel; and

    c) Family pressure to drop the Complaint based on the Defendant being my sister and the need to reconciliate.

4. That hearing or trial on my Complaint/Petition has not begun.

5. That neither party will be prejudiced by the granting of this Motion.

    Wherefore, I request that the Court dismiss my Complaint/Petition without prejudice.

*[signature]*
UCHENNA CYNTHIA NDUKWE

RECEIVED, CLERK
U.S. DISTRICT COURT

2010 SEP -2 P 2: 21

Cynthia Nicholas
Jackson St Apt 7L
Newark NJ 07105

Office of the Clerk
United States district court
for the district of
New Jersey
MLK Junior federal Building
50 Walnut St
Newark NJ