# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UCHENNNA CYNTHIA NDUKWE

                                                Civil No. 09-6443 (SDW)

   v.

CHIKODIRI NDUKWE

**O R D E R OF VOLUNTARY DISMISSAL**

The Court having been advised by counsel for the plaintiff that he wishes to voluntarily dismiss the complaint.

**It is on this 8th day of September, 2010**

**O R D E R E D** that the complaint in this action be and is hereby dismissed with prejudice.

/s/ Susan D. Wigenton, USDJ